# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# RECORD OF PROCEEDINGS AND JUDGMENT

**UNITED STATES OF AMERICA,** )  CASE NO. 07CR1816-L
                                             )
           vs.                   )  INFORMATION FILED: 07/11/07
                                             )
**JOSE LUIS BETANCOURT, JR. (01)** )  Tape No: NLS07-9:49-9:53

**VIOLATION:** CT 1: 18 USC 207(c) - Prohibited Representation of Private Party by Former Government Employee Before Former Employing Agency (Misdemeanor).

**PROCEEDINGS:**                                **DATE: 07/11/07**

  X   Defendant informed of charges, right to trial and right to counsel.
  X   Attorney: ROBERT BREWER, RETAINED.
  X   Filed "Consent to be Tried by U.S. Magistrate"

**PLEA:**    X   Guilty on Count 1

### JUDGMENT AND COMMITMENT

  X   Defendant adjudged guilty on count 1

  X   Committed to the custody of the Bureau of Prisons for imprisonment for a period of _____Imposition of sentence suspended._____

  X   Penalty Assessment of $25.00     ___ Waived
  X   Fine of $ 15,000   X Forthwith or  $1,500 monthly

____SUPERVISED X UNSUPERVISED Probation for a period of  one year  on condition

 X he obey all laws Federal, State and Municipal;
 X he comply with all lawful rules & regulations of the Probation Department;
 X he not possess any narcotic drug or controlled substance without a lawful medical prescription;
 X he notify court of any changes that might affect ability to pay imposed fine;
 X he adhere to court imposed fine payment schedule;
 X Status hearing re payment of fine set for 6/26/08 @ 9:00 a.m. in courtroom "F" before Magistrate Judge Stormes. If payment of fine is completed, hearing will be vacated;
 X he not possess any firearm or other dangerous weapon.

    IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

                                                      NITA L. STORMES
                                                United States Magistrate Judge